IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re ERIC B. COLVIN,            No. C 11-05280 YGR (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

       In a notice dated October 31, 2011, the Clerk of the Court directed Plaintiff to complete a civil rights complaint form and an *in forma pauperis* (IFP) application, and told him that he must complete these documents within thirty days or his action would be dismissed. The Clerk sent Plaintiff a blank civil rights complaint form as well as a prisoner's IFP application.

       More than thirty days have passed, and Plaintiff has not filed the necessary documents or otherwise communicated with the Court.

       Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk of the Court shall enter judgment and close the file.

       IT IS SO ORDERED.

DATED: January 26, 2012

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\CR.11\Colvin5280.dismiss(noCOMPL&noIFP).frm