IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re ERIC B. COLVIN,                  No. C 11-05280 YGR (PR)

**JUDGMENT**

    Pursuant to the Court's order of today's date dismissing the complaint, a judgment of DISMISSAL without prejudice is hereby entered.

    IT IS SO ORDERED.

DATED: January 26, 2012

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\CR.11\Colvin5280.jud.frm