IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ERIC B. COLVIN, | No. C 11-05280 YGR (PR) |
| | **JUDGMENT** |
| _____ / | |

    Pursuant to the Court's order of today's date dismissing the complaint, a judgment of DISMISSAL without prejudice is hereby entered.

    IT IS SO ORDERED.

DATED: January 26, 2012

**Y**VONNE **G**ONZALEZ **R**OGERS
**U**NITED **S**TATES **D**ISTRICT **C**OURT **J**UDGE

G:\PRO-SE\YGR\CR.11\Colvin5280.jud.frm